COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:           01-17-00934-CV

Style:                  Houston Copperwood Apts., L.P. v. Harris County Appraisal District

Date motion filed:      December 29, 2017

Type of Motion:         Objection to Mediation

Party filing motion:    Appellee


It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated December 19, 2017.

Judge's signature: /s/ Harvey Brown
                   X  Acting individually    ☐ Acting for the Court

                   Panel consists of

Date: January 12, 2018

---

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).